# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT | : No. 372 Common Pleas Judicial<br>: Classification Docket<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of December, 2021, upon consideration of the Petitions of the Honorable Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby **ORDERED** that the Petitions are **GRANTED** and the following assignments are approved:

Criminal Division

The Honorable Bruce R. Beemer
The Honorable Elliot C. Howsie
The Honorable Thomas P. Caulfield
The Honorable Wrenna L. Watson

Family Division – Adult Section

The Honorable Sabrina Korbel
The Honorable Chelsa Wagner
The Honorable Nicola Henry-Taylor
The Honorable Jessel A. Costa

Family Division – Juvenile Section

The Honorable Tiffany E. Sizemore
The Honorable Lisa G. Middleman